# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157122(42)(48)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TEMARUS MONTRELL GRICE,
        Defendant-Appellant.
_____/

SC: 157122
COA: 334248
Saginaw CC: 16-042117-FH

On order of the Chief Justice, the motions of defendant-appellant to extend the time for filing a supplemental application are GRANTED. The supplemental application will be accepted for filing if submitted on or before March 9, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2018



Clerk